

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Larry Strube, Appellant

No. 06-13-00090-CV          v.

Cleo Patricia Shelby, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 13C0872-102).    Memorandum Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below.  Therefore, we reverse the temporary injunction order, dissolve the temporary injunction, and remand the case to the trial court for further proceedings.

We further order that the appellee, Cleo Patricia Shelby, pay all costs of this appeal.

RENDERED MARCH 13, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk